JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUZMAN, | Case No. CV 09-7173-CAS (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted.

DATED: December 28, 2010

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge